IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Case No. 2:09CR6 |
| | § | |
| JUAN SOLIS GUTIERREZ | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

On this day, the court considered the Findings of Fact and Recommendation of United States Magistrate Judge Chad Everingham regarding the defendant's plea of guilty and allocution of the defendant on an indictment charging the defendant in Count 2 with a violation of 18 U.S.C. § 922(g)(5)(A), Illegal Alien in Possession of a Firearm. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the court accept the oral guilty plea of the defendant. No objections were filed to the Findings of Fact and Recommendation. The court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed September 18, 2009, are hereby ADOPTED.

It is further ORDERED that, pursuant to defendant's oral plea of guilty, the court finds the defendant GUILTY of Count 2 of the Indictment in the above-numbered cause.

SIGNED this 30th day of December, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE